UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:  THE COMPLAINT OF DEAN A. PARKS,
as Owner of the Motor Vessel Register as FL 0149
MA, Its Engines, Tackle, Appurtenances,
Equipment, Etc., in a cause of exoneration from or
limitation of liability

Case No.  2:10-cv-600-FtM-36SPC

_____

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion to Extend Certain Pretrial Deadlines (Doc. #39) filed on March 9, 2011.  Plaintiff moves to extend certain deadlines in the Case Management Order by 90 days.  The Court finds good cause to extend the deadlines, but only by 30 days.

Accordingly, it is now

**ORDERED:**

Plaintiff's Unopposed Motion to Extend Certain Pretrial Deadlines (Doc. #39) is **GRANTED in part**.  The deadlines in this case are amended as follows:

| **Disclosure of Expert Reports** | |
|---|---|
| Plaintiff | MAY 2, 2011 |
| Defendant | JUNE 1, 2011 |
| **Mediation Deadline** | MAY 8, 2011 |
| **Discovery Deadline** | JULY 1, 2011 |
| **Dispositive Motions** | AUGUST 1, 2011 |

**All other deadlines remain unchanged.**

     **DONE AND ORDERED** at Fort Myers, Florida, this  10th   day of March, 2011.

                                              SHERI POLSTER CHAPPELL
                                              UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record